IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOMEDES D. VIRAY,**<br><br>Petitioner,<br><br>v.<br><br>**SCOTT RAWERS, WARDEN,**<br><br>Respondent. | 1:03-cv-05840-REC-TAG HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE FURTHER BRIEFING (Doc. 38) |

Petitioner is a state prisoner proceeding in pro per on a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254. (Doc. 1). On May 26, 2005, the Court ordered the parties to submit further briefing regarding specified issues. (Doc. 37). In that Order, the Court established a briefing schedule that required Respondent to submit a brief by July 12, 2005. (Id.). On July 8, 2005, Respondent filed a request for an extension of time to comply with the Court's Order until July 15, 2005. (Doc. 38). As grounds therefore, Respondent cited difficulties encountered in obtaining a complete transcript of proceedings relevant to the issues that have been ordered to be briefed. (Doc. 38, p. 2).

GOOD CAUSE having been shown therefore, it is HEREBY ORDERED that Respondent's request for an extension of time is hereby GRANTED to and including July 15, 2005, to file Respondent's response to the petition for a writ of habeas corpus.

///

///

1

1  All other TIME LIMITS established by the briefing schedule contained in the Order of
2  May 26, 2005 (Doc. 37), SHALL REMAIN IN FULL FORCE AND EFFECT.

5  IT IS SO ORDERED.

6  **Dated:   July 11, 2005**                             **/s/ Theresa A. Goldner**
   j6eb3d                                         UNITED STATES MAGISTRATE JUDGE