IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOMEDES D. VIRAY,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**SCOTT P. DRAWERS, Warden,**<br><br>　　　　　　　　　　　　Respondent. | 1:03-cv-05840-REC-TAG HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSE<br>(Doc. 42) |

　　　Petitioner is a state prisoner proceeding in pro per on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On April 28, 2005, the United States Court of Appeal for the Ninth Circuit remanded the case to this Court with orders to conduct further proceedings regarding specific issues. (Doc. 34). On May 26, 2005, the Court ordered Respondent to provide further briefing regarding the issues identified by the Ninth Circuit. (Doc. 37). On July 15, 2005, Respondent filed his brief. (Doc. 41). On August 9, 2005, Petitioner filed the instant request for an extension of time in which to file his response to brief. (Doc. 42). As grounds therefore, Petitioner indicates that his limited access to the prison law library would make it difficult to file his response by its current due date of August 15, 2005. (Id.).

///

///

1  GOOD CAUSE having been shown therefore, it is HEREBY ORDERED that Petitioner's
2 request for an extension of time (Doc. 42), is GRANTED.  Petitioner is granted thirty (30) days
3 from the date of service of this order within which to file his response.

IT IS SO ORDERED.

**Dated:   August 11, 2005**                              **/s/ Theresa A. Goldner**
j6eb3d                                                    UNITED STATES MAGISTRATE JUDGE