UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICOMEDES D. VIRAY,                 )        1:03-cv-5840-REC-TAG HC
                                    )
        Petitioner,                 )
                                    )        ORDER GRANTING EXTENSION OF
    v.                              )        TIME
                                    )        (Doc. 44)
SCOTT P. DRAWERS, et al.,           )
                                    )
        Respondents.                )
_____)

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 9, 2005, petitioner filed a motion to extend time to file a traverse to Respondent's answer. (Doc. 44).   As grounds therefore, Petitioner alleges that additional time is needed to research the issues raised in Respondent's brief.  (Id. at p. 2).  Petitioner requests an extension of thirty days to prepare his traverse.  (Id.).

     Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED that Petitioner is granted thirty (30) days from the date of service of this order in which to file his traverse.


IT IS SO ORDERED.

**Dated:    October 4, 2005**                        _____/s/ **Theresa A. Goldner**_____
j6eb3d                                               UNITED STATES MAGISTRATE JUDGE