UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOMEDES D. VIRAY,<br><br>　　Petitioner,<br><br>　v.<br><br>SCOTT P. DRAWERS, et al.,<br><br>　　Respondent. | 1:03-CV-5840-REC-TAG HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE TRAVERSE<br>(Doc. 46) |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 6, 2005, petitioner filed a motion to extend time to file a traverse to respondent's answer. (Doc. 46). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Petitioner's motion for an extension of time (Doc. 46), is GRANTED. Petitioner has thirty (30) days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   November 2, 2005**　　　　　　　　　　　**/s/ Theresa A. Goldner**
j6eb3d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE