UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOMEDES VIRAY, | ) | No. 1:03-CV-05840-REC-TAG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| SCOTT P DRAWERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Upon the ex parte application of Petitioner for an extension of time to and including December 17th, 2005, to file his Reply to the Respondent's Answer to the petition for writ of habeas corpus, good cause appearing therefore, it is hereby:

ORDERED that the time for Petitioner to file his Reply to the Answer to petition for writ of habeas corpus is extended to and including December 17, 2005, and

IT IS FURTHER ORDERED that all other previous orders remain in full force and effect.

Date: 12/5/2005

THERESA A GOLDNER
United States Magistrate Judge