UNITED STATES DISTRICT

EASTERN DISTRICT OF CAL.

LODGED
DEC 0 1 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| NICOMEDES D. VIRAY, | ) No. CV-F-03-5840 REC TAG HC |
| Petitioner, | ) |
| vs. | ) |
| SCOTT DRAWERS, Warden, | ) **SUBSTITUTION OF COUNSEL** |
| | ) **FOR PETITION FOR WRIT** |
| | ) **OF HABEAS CORPUS** |
| Respondent. | ) |

To THE HONORABLE THERESA A. GOLDNER, United States Magistrate Judge:

Nicomedes D. VIRAY, Petitioner herein, consents to and hereby substitutes Joseph V. Camarata, SBN 222781, as his attorney of record in place of himself, proceeding in pro per. The new address of record is 1410 Georgia Street, Vallejo, California, 94590, and (707) 647-3787 is the new telephone number of record.

The undersigned accepts the above substitution.

Dated this ___19th___ day of October, 2005, at Vallejo, California.

_J. Camarata_  11-20-05
JOSEPH V. CAMARATA, Attorney

_Nicomedes D. Viray_
NICOMEDES D. VIRAY, Petitioner

It is so Ordered. Dated: 12/6/2005

_Theresa A. Goldner_
United States Magistrate Judge

## DECLARATION OF SERVICE BY MAIL

**Case Name:**      In re NICOMEDES VIRAY, on habeas corpus

**Court:**      UNITED STATES DISTRICT COURT – EASTERN

**Case No.:**      1:03-CV-5840-REC-TAG HC

**Title of Doc.:**      MOTION FOR ENLARGEMENT OF TIME

I, the undersigned, declare:

I am not a party in the foregoing action. I am over 18 years of age and a citizen of the United States. On the date below I have served a copy of the attached subject Motion for Enlargement of Time upon the opposing party by placing a true copy of same in the U.S. mail depository, proper postage affixed thereto, and correctly addressed as follows:

ATTORNEY GENERAL OF CALIFORNIA
ATTN:   Mary Jo Graves, Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

SWORN TO UNDER PENALTY OF PERJURY, under the laws of California, this 26th day of November, at Vallejo, CA.

_____
Carl McQuillion, Paralegal for
JOSEPH V. CAMARATA, Attorney

6