IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOMEDES D. VIRAY,**<br><br>                                    Petitioner,<br><br>          v.<br><br>**SCOTT DRAWERS, Warden, et al.,**<br><br>                                    Respondents. | 1:03-cv-05840-OWW-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE ENLARGED TRAVERSE (Doc. 52) |

     Petitioner is a state prisoner proceeding in pro per on a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254. (Doc. 1). On May 26, 2005, the Court ordered the parties to submit further briefing regarding specified issues. (Doc. 37). In that Order, the Court established a briefing schedule that required Respondent to submit a brief by July 12, 2005. (Id.). On July 15, 2005, Respondent filed the Answer. (Doc. 41). On December 14, 2005, counsel for Petitioner filed a Motion To File An Enlarged Traverse. (Doc. 52). On December 17, 2005, Petitioner filed a Traverse consisting of forty-eight pages. (Doc. 53). Respondent filed no objections.

     GOOD CAUSE having been shown therefore, it is HEREBY ORDERED that Petitioner's Motion To File An Enlarged Traverse (Doc. 52), is GRANTED nunc pro tunc to December 14, 2005.

IT IS SO ORDERED.

Dated:  **September 6, 2006**                          **/s/ Theresa A. Goldner**
**j6eb3d**                                                   UNITED STATES MAGISTRATE JUDGE

1