# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOMEDES D. VIRAY, | ) | 1:03-CV-5840 LJO JMD HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO WITHDRAW |
| | ) | |
| v. | ) | [Doc. #61] |
| | ) | |
| SCOTT RAWERS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 15, 2007, Joseph V. Camarata, counsel for Petitioner, filed a motion to withdraw as counsel. Counsel states that he began employment as a Deputy District Attorney for the County of Solano and that he can no longer represent Petitioner because of the conflict of interest. Counsel provided a declaration stating that he notified Petitioner of his intent to withdraw and he served the motion on both Petitioner and opposing counsel. The motion to withdraw is therefore granted.

Accordingly, IT IS HEREBY ORDERED that Joseph V. Camarata is RELIEVED as counsel for Petitioner.

1

2  IT IS SO ORDERED.

3  **Dated:  June 19, 2008**              /s/ John M. Dixon
                                          UNITED STATES MAGISTRATE JUDGE